ADA RICHLING, as Administratrix of the Estate of IKE RICHLING, Deceased, Appellant, *v.* ROCKWOOD & COMPANY, Respondent.

Argued January 8, 1947; decided February 27, 1947.

*Myron Wisoff* and *Samuel J. Moskowitz* for appellant.

*Alexander Orr, Jr., John P. Smith, ·Walter G. Evans* and *Albert Thill* for respondent.

Judgment of Appellate Division reversed and case remitted to that court for determination upon the questions of fact raised in that court (Civ. Prac. Act, § 606), with costs to abide the event. There was evidence that plaintiff was a business visitor to whom defendant owed the duty of keeping the premises reasonably safe (*Haefeli* v. *Woodrich Engineering Co.*, 255 N. Y. 442, 448), that this duty was breached and that plaintiff was not guilty of contributory negligence (*Christensen* v. *Hannon*, 230 N. Y. 205, 208; *Tobin* v. *Ariel Holding Corp.*, 291 N. Y. 606). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.